```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HEIDI EDITH MAGALLON-ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0408 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| HEIDI EDITH MAGALLON-ORTIZ, | Date: January 3, 2011 |
| *Defendant.* | Time: 9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Heidi Edith Magallon-Ortiz, that the hearing currently set for December 6, 2010 at 9:00 a.m., **may be rescheduled to January 3, 2011 at 9:00 a.m.**

This continuance is at the request of counsel for defendant to allow defendant time to review the government's proposed plea agreement offer, which was received by counsel December 1, 2010, and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: December 2, 2010                    /s/ Susan Phan
                                                SUSAN PHAN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: December 2, 2010                    /s/ Peggy Sasso
                                                PEGGY SASSO
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                HEIDI EDITH MAGALLON-ORTIZ

**ORDER**

IT IS SO ORDERED.

**Dated:   December 2, 2010**          /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE